IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
      Debtors. : Jointly Administered
:
---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks India International Inc.[2] : Case No. 16-11714 (KG)
:
      Debtor. : Joint Administration Pending
:
---------------------------------------------------------X

**LIST OF CREDITORS**

   On the date hereof, Nortel Networks India International Inc., the debtor in this chapter 11 case ("NNIII"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Contemporaneously with the filing of this petition, NNIII has today filed the attached consolidated list of creditors.

---

[1]  The Debtors in the jointly administered chapter 11 cases bearing Case No. 09-10138, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]  The last four digits of Nortel Networks India International Inc.'s tax identification number are (8667).

| Dated: July 26, 2016<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| | James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999 |
| | - and - |
| | MORRIS NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ Tamara K. Minott<br>_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989 |
| | *Proposed Counsel for NNIII* |

Income Tax Department of India
Mr. Arvind Kumar
Deputy Commissioner of Income Tax
Circle -2(2)(2) (International Taxation)
Room No. 310, 3rd Floor,
E-2 Block, S.P. Mukherjee Civic Centre,
J.L. Nehru Marg,
New Delhi-110 002

Nortel de Mexico, S. de R.L. de C.V.
Insurgentes Sur 1605-Floor 30
Col. San Jose Insurgentes
Mexico 3900

Nortel Networks (India) Private Limited
Orchid Plaza, 2nd Floor
Sun City, Sector 54
Gurgaon, Haryana, 122002
India

Nortel Networks Inc.
8601 Six Forks Road
Suite 400
Raleigh, NC  27615

Nortel Networks Limited
8200 Dixie Road, Suite 100
Brampton, Ontario  L6T 5P6
Canada

Pension Benefit Guaranty Corporation
Attn:  Vincente Matias Murrell, Attorney
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

## LIST OF CREDITORS

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Luis-Fernando Guerra Sanz, declare under penalty of perjury that I have read the foregoing Consolidated Creditors List and that it is true and correct to the best of my knowledge, information and belief.

Date: July 25, 2016

Signature: *[signed]*
Luis-Fernando Guerra Sanz
President, Nortel Networks India International Inc.